■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD WILLIAMS, Appellant. [619 NYS2d 965] —Appeal by the defendant from an amended judgment of the County Court, Putnam County (Braatz, J.), rendered June 1, 1994, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a controlled substance in the fourth degree and operating a motor vehicle while his ability is impaired by the use of drugs.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YAU CHAN, Appellant. [619 NYS2d 965] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Clabby J.), rendered September 27, 1993, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

We find no basis upon which to disturb the determination of the hearing court which credited the arresting officer's version of the events, as against the defendant's claim that the traffic infraction was a pretext to investigate and to search his car (see, People v Artis, 201 AD2d 488; People v Culpepper, 188 AD2d 543; People v Pincus, 184 AD2d 666; People v Solano, 179 AD2d 791; People v Torres, 175 AD2d 191; see also, People v Prochilo, 41 NY2d 759; People v Rosa, 179 AD2d 538; People v Fabian, 178 AD2d 544, 545; cf., People v Alexander, 189 AD2d 189). Rosenblatt, J. P., Lawrence, Joy and Krausman, JJ., concur.